AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | ) | (for **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| | ) | Case Number: 3:10-cr-00060-WGC |
| ROGER LEE ROUBIDEAUX | ) | |
| | ) | USM Number: 47086-048 |
| | ) | |
| | ) | Ramon Acosta, Ass't FPD |
| | | Defendant's Attorney |

**THE DEFENDANT:**

√ admitted guilt to violation of condition(s) _1, 2 and 3 of petition (doc. #17)_ of the term of supervision (probation).

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not possess alcohol | 03/27/2012 |
| 2 | Shall submit to drug/alcohol testing | 05/09/2012 |
| 3 | Shall notify Probation Officer of change of address | 03/30/2012 |

    The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4448

August 6, 2012
Date of Imposition of Judgment

Defendant's Year of Birth: 1944

_/s/ Valerie P. Cooke_
Signature of Judge

City and State of Defendant's Residence:
Nevada

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Name and Title of Judge

August 7, 2012
Date

```
  ✓ FILED      ___ RECEIVED
  ___ ENTERED  ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

         AUG - 7 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page __2__ of __3__

DEFENDANT:     ROGER LEE ROUBIDEAUX
CASE NUMBER:   3:10-cr-00060-WGC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   EIGHTY (80) DAYS.

☐ The court makes the following recommendations to the Bureau of Prisons:

√ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

_____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNTIED STATES MARSHAL

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 5 - Criminal Monetary Penalties

Judgment - Page __3__ of __3__

DEFENDANT: ROGER LEE ROUBIDEAUX
CASE NUMBER: 3:10-cr-00060-WGC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $10.00 (already paid) | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

**TOTALS** $_____ $_____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.